# United States District Court
# Northern District of New York
## CIVIL JUDGMENT

Mrs. Sylvia Jenkins,

        V.        CASE NUMBER: 5:06cv-1005
                                  (NAM/GHL)

City of Syracuse, Mayor's Office, et al

[X]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED  that this action is dismissed pursuant to 28USC §1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District, and it is further

    IT IS ORDERED AND ADJUDGED , that the Plaintiff's *in forma pauperis* application is denied as moot, and it is further,

All of the above pursuant to the order of the Chief Judge Honorable Norman A. Mordue,  dated the 5th day of 2006.

_____
DATED: 10/5/06

                LAWRENCE K. BAERMAN
                CLERK OF COURT

                      s/

                _____
                MARIE N. MARRA,
                DEPUTY CLERK